USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____1/15/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN MONACO,

                     Plaintiff,

    -against-

TARGET CORPORATION

                    Defendant

7:25-cv-10085  (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Court having been advised that all claims asserted herein have been settled (*see* ECF No. 9), it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated on or before March 2, 2026. The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court. All deadlines shall be terminated and all conferences shall be cancelled.

Dated:    January 15, 2026
          White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge